1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916)385-7517
4
5  Attorneys for Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 TRACY K. ROBINSON            )   Case No.    14-CV-0051 KJN
   xxx-xx-xxxx                  )
12                              )
                                )
13                              )
                                )   **STIPULATION AND**
14                              )   **ORDER EXTENDING PLAINTIFF'S**
           **Plaintiff,**       )   **TIME TO FILE SUMMARY**
15                              )   **JUDGMENT MOTION**
   v.                           )
16                              )
   CAROLYN W. COLVIN,           )
17 ACTING COMMISSIONER OF SSA   )
                                )
18         **Defendant.**       )
                                )
19                              )

20

21     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22 Plaintiff's time to file her summary judgment motion is hereby extended from June 26, 2014, to July

23 25, 2014.   This is plaintiff's first requested extension and  is required due to counsel's briefing

24 schedule.

25

26 / / / /

27 / / / /

28 / / / /

1

| | |
|---|---|
| Dated: June 25, 2014 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 25, 2014 | Benjamin B. Wagner<br>United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Sharon Lahey<br>SHARON LAHEY |
| | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   June 27, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2