BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
Chief, Civil Division
SHARON LAHEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone: 415-977-8963
    Facsimile: 415-744-0134
    E-Mail: Sharon.Lahey@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TRACY K. ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: No. 2:14-cv-00051-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 25, 2014, to September 24, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant requests this extension so that she may continue to consider the potential settlement of the above-captioned matter.

/ / /

/ / /

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                Respectfully submitted,

                                LAW OFFICE OF BESS M. BREWER

Dated:  August 22, 2014           /s/ *Bess M. Brewer*
                                  BESS M. BREWER
                                  (As authorized via e-mail on August 21, 2014)

                                  Attorney for Plaintiff

Dated:  August [], 2014          BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVETRT
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:     /s/ *Sharon Lahey*
                                  SHARON LAHEY
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## ORDER

    GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS APPROVED AND SO ORDERED:

Dated:  August 25, 2014

                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE